**Opinion issued July 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00035-CV

———————————

**K AND D SCHROEDER LLC, Appellant**

**V.**

**KENNETH GREEN, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1233945**

## MEMORANDUM OPINION

Don Scott filed a notice of appeal on behalf of K & D Schroeder LLC, of which Scott is Managing Member. After review of the Court's records, we advised Scott and K & D Schroeder LLC that it appears no attorney has made an appearance on behalf of the corporation. Because a corporation may only participate in a appeal

if represented by counsel, the Court issued an order notifying appellant that the appeal might be dismissed unless K & D Schroeder LLC retained counsel and counsel made an appearance by May 15, 2025. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1997) (holding that, although a corporate representative may file notice of appeal, corporation generally may be represented only by licensed attorney); *Digital Press Inc. v. Am. City Bus. Journal*, No. 01-01-00585-CV, 2001 WL 1587635, at *1 (Tex. App.—Houston [1st Dist.] Dec. 13, 2001, no pet.) (mem. op.) (dismissing appeal because no attorney filed notice of appearance as ordered). The Court received no response or appearance by counsel.

Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.3(c). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.